FILED
March 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTHONY VASSALLO,<br><br>    Defendant. | Case No. MAG. 09-0090-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY VASSALLO, Case No. MAG. 09-0090-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 _X_   Bail Posted in the Sum of: <u>All available equity in three subject properties.</u>

    ___   Unsecured Appearance Bond

    _X_   Appearance Bond with Surety

    _X_   (Other) <u>Conditions as stated on the record.</u>

    _X_   (Other) <u>The secured bond paperwork is to be filed with the Clerk no later than 04/03/09.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>03/27/09</u> at 3:15 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge