```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  Hall of Justice
   813 Sixth Street, Suite 450
4  Sacramento, CA  95814
   Telephone: (916) 441-0824
5
   Attorneys for Defendant,
6  ANTHONY VASSALLO
```



FILED

APR -2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:09-MJ-0090 EFB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND DOCUMENTS |
| ANTHONY VASSALLO, | |
| Defendant. | |

Anthony Vassallo, through his counsel, Clyde Blackmon, Blackmon & Associates, and the United States of America, through its counsel Assistant U.S. Attorney Robin Taylor, hereby stipulate that the deadline for the filing of requisite property bonds secured by equity in real property be extended from April 3, 2009 to April 10, 2009.

Following an extended detention hearing, on March 27, 2009, the Court ordered Anthony Vassallo released on a secured bond encompassing all available equity in three subject properties. The subject properties belong to and will be posted as security by Anthony Vassallo (defendant's father), Sheila Watford

- 1 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND
DOCUMENTS

1 (mother-in-law of defendant's sister) and Roy and Cynthia Harris
2 (friends of the Vassallo and Watford families). Mr. Vassallo
3 was also ordered released to the custody of a third-party
4 custodian subject to conditions stated on the record and
5 contained in the Notice to Defendant Being Released. The Court
6 ordered Mr. Vassallo to file the requisite property bonds
7 secured by equity in real property to be filed on or before
8 April 3, 2009.

9 The required documentation concerning the Watford property
10 is nearly complete and defense counsel expects it to be filed by
11 early in the week of April 6-10, 2009. Mr. Vassallo is in the
12 process of completing all necessary documents concerning the
13 Vassallo and Harris properties. The Harris property, located in
14 Placer County, includes a custom-built home, which makes the
15 process of obtaining an accurate appraisal more time consuming.
16 Concerning the title report needed on the Vassallo property, the
17 Vassallos have been working with Old Republic title insurance
18 company, which does not have offices in Amador County. It may be
19 necessary to work with a local title insurance company to
20 complete the title report process. Defense counsel expects the
21 bond paperwork concerning the Vassallo and Harris properties to
22 be filed by April 10, 2009. The defense has appraised Assistant
23 United States Attorney Robin Taylor regarding the ongoing
24 efforts to complete and file the property bonds.

25 Given the ongoing diligent defense efforts to prepare and
26 file the secured property bond paperwork and the expectation
27 that the documents will be filed within approximately one week,
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND DOCUMENTS

the parties hereby stipulate to extend the time for filing the requisite property bonds secured by equity in real property from April 3, 2009 to April 10, 2009.

**IT IS SO STIPULATED:**

DATED: April 2, 2009        //s// Clyde M. Blackmon
                            CLYDE M. BLACKMON
                            Attorney for Defendant
                            ANTHONY VASSALLO


DATED: April 2, 2009        //s// Matt Segal
                            MATT SEGAL, Assistant U.S.
                            Attorney, for ROBIN TAYLOR,
                            Assistant U.S. Attorney

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the current |
| 3 | deadline to file property bonds secured by equity in real |
| 4 | property by April 3, 2009, shall be extended to April 10, 2009. |
| 6 | **IT IS SO ORDERED.** |
| 8 | DATED: 4/2/09 |

*/s/ Dale A. Drozd*

DALE A. DROZD
United States District Court
Magistrate Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND DOCUMENTS