BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY VASSALLO,<br><br>Defendant. | Case No.: 2:09-MJ-0090 EFB<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE SECURED PROPERTY BOND DOCUMENTS |

Anthony Vassallo, through his counsel, Clyde M. Blackmon, Blackmon & Associates, and the United States of America, through its counsel Assistant U.S. Attorney Robin Taylor, hereby stipulate that the deadline for the filing of requisite property bonds secured by equity in real property in this matter be extended from April 10, 2009, to April 17, 2009.

Following an extended detention hearing, on March 27, 2009, the Court ordered Anthony Vassallo released on a secured bond encompassing all available equity in three subject properties. The subject properties belong to and will be posted as security by Anthony "Tony" Vassallo (defendant's father), Sheila Watford

STIPULATION AND ORDER EXTENDING
TIME TO FILE SECURED PROPERTY BOND DOCUMENTS

(mother-in-law of defendant's sister) and Roy and Cynthia Harris (friends of the Vassallo and Watford families).  Mr. Vassallo was also ordered released to the custody of a third-party custodian subject to conditions stated on the record and contained in the Notice to Defendant Being Released.  Mr. Vassallo is currently on electronic monitoring and is being supervised by Pretrial Services.

The Court ordered Mr. Vassallo to file the requisite property bonds, secured by equity in real property, on or before April 3, 2009.  On April 2, 2009, the parties stipulated that the date to file the property bonds could be continued to April 10, 2009.

The required documentation concerning the Watford property has been completed, and a Deed of Trust in favor of the Clerk of the United States District Court for the Eastern District of California has been recorded in the official records of El Dorado County.  Copies of the Watford property documents have been provided to counsel for the government.

The documentation regarding the Harris property has also been completed and a Deed of Trust in favor of the Court's clerk was recorded in the official records of Placer County on April 9, 2009.  Copies of those documents have also been provided to the government's counsel.

A title report has been obtained on the Amador County property belonging to Tony Vassallo.  That report indicates that Tony Vassallo's former wife, Robin A. Vassallo, remains on the property record as co-owner.  Robin A. Vassallo now lives in

Glendale, Arizona.  Efforts are now being made to have Robin A. Vassallo execute a grant deed to the Amador County property in favor of Tony Vassallo or to execute a Note and Deed of Trust, along with Tony Vassallo, in favor of the Court's clerk.  It is expected that those efforts will be completed during the week of April 12, 2009.

Given the ongoing diligent defense efforts to prepare and file the secured property bond paperwork and the expectation that the documents will be filed within approximately one week, the parties hereby stipulate to extend the time for filing the requisite property bonds secured by equity in real property from April 10, 2009 to April 17, 2009.

**IT IS SO STIPULATED:**

DATED:   April 10, 2009         __/s/ Clyde M. Blackmon __
                                CLYDE M. BLACKMON
                                Attorney for Defendant
                                ANTHONY VASSALLO


DATED:   April 10, 2009         _/s/ Clyde M. Blackmon for__
                                ROBIN TAYLOR, Assistant U.S.
                                Attorney

1 **ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the current
3 deadline to file property bonds secured by equity in real
4 property by April 10, 2009, shall be extended to April 17, 2009.

6 **IT IS SO ORDERED.**
7 DATED: April 10, 2009.

_____
U.S. MAGISTRATE JUDGE