```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  Hall of Justice
    813 Sixth Street, Suite 450
 4  Sacramento, CA  95814
    Telephone: (916) 441-0824
 5
    Attorneys for Defendant,
 6  ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:09-0179 GEB |
|---|---|
| Plaintiff,<br>vs.<br>ANTHONY VASSALLO,<br><br>Defendant. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: May 8, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |

IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on May 8, 2009, be continued to June 5, 2009, at 9:00 a.m.

Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C. §1343 and four counts of money laundering in violation of 18 U.S.C. §1957.  Discovery in this matter is still ongoing, and

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
HEARING AND EXCLUDING TIME

1  the parties anticipate initial discovery to be produced within
2  the next week.  The defense requires additional time to receive
3  and review these materials, as well as to initiate investigation
4  efforts.
5       Due to these circumstances, the parties stipulate that the
6  May 8, 2009 status conference be continued to 9:00 a.m. on June
7  5, 2009.  The parties further stipulate that pursuant to 18
8  U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4] that time shall be
9  excluded from May 8, 2009, to June 5, 2009, to give counsel
10 additional time in which to prepare.  In addition, the parties
11 stipulate that the allegations underlying this matter concern a
12 complex set of facts.  For that reason, the parties stipulate
13 that pursuant to 18 U.S. C. §3161(h)(7)(B)(ii) [Local Code T2]
14 that time shall be excluded to June 5, 2009 due to the
15 complexity of the case.
16 IT IS SO STIPULATED.
17 DATED: May 6, 2009
                                By: _//s// Clyde M. Blackmon for___
18                                   Assistant United States
19                                  Attorney Robin Taylor

21 DATED: May 6, 2009
                                By://s// Clyde M. Blackmon ___
22                                   Clyde M. Blackmon
                                    Attorney for Defendant
23                                  Anthony Vassallo

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
HEARING AND EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for May 8, 2009, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on June 5, 2009, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties to allow adequate defense preparation and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) [Local Code T2 and T4], from May 8, 2009 until the next appearance on June 5, 2009.

IT IS SO ORDERED.

DATED: May 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME