```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,
12                 Plaintiff,
13        v.                           CIV. NO. S-09-665 LKK
14  ANTHONY VASSALLO,
    KENNETH KENITZER,
15
                   Defendants.
16  _____/
17  UNITED STATES OF AMERICA,
18                 Plaintiff,
19        v.                           CR. NO. S-09-179 GEB
20  ANTHONY VASSALLO,
21                 Defendant.          NON-RELATED CASE ORDER
22  _____/
23       The court is in receipt of the Notice of Related Cases
24  concerning the above-captioned cases filed May 20, 2009.  After
25  consideration, the court has determined that it is inappropriate
26  to relate or reassign the cases, and therefore declines to do so.
```

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: May 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT