BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANTHONY VASSALLO,<br><br>         Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: June 5, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

   IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on June 5, 2009, be continued to July 17, 2009, at 9:00 a.m.
   Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C. §1343 and four counts of money laundering in violation of 18 U.S.C. §1957.

1   On May 27, 2009, defense counsel for Mr. Vassallo received
2 discovery from the prosecution consisting of a disk containing
3 over 9,800 pages of documents, interview reports and other
4 related materials.  The defense requires additional time to
5 complete a full review these materials and to determine what, if
6 any, defense investigation efforts should be commenced.
7   Due to these circumstances and the need for additional time
8 for defense counsel to conduct a thorough review of the
9 discovery, the parties stipulate that the June 5, 2009 status
10 conference be continued to 9:00 a.m. on July 17, 2009.  The
11 parties further stipulate that pursuant to 18 U.S.C.
12 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
13 from June 5, 2009, to July 17, 2009, to give defense counsel
14 additional time in which to prepare.  In addition, the parties
15 stipulate that the allegations underlying this matter concern a
16 complex set of facts involving numerous individuals and
17 entities.  For that reason, the parties stipulate that pursuant
18 to 18 U.S. C. §3161(h)(7)(B)(ii) [Local Code T2], time should be
19 excluded from June 5, 2009, to July 17, 2009, due to the complex
20 nature of the case.
21 IT IS SO STIPULATED.

DATED: June 4, 2009        By: _//s// Clyde M. Blackmon for___
                               Assistant United States
                               Attorney Robin Taylor

DATED: June 4, 2009        By: //s// Clyde M. Blackmon ___
                               Clyde M. Blackmon
                               Attorney for Defendant
                               Anthony Vassallo

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for June 5, 2009, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on July 17, 2009, at 9:00 a.m.

Further, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) and (iv) [Local Code T2 and T4], from June 5, 2009 until the next appearance on July 17, 2009.

IT IS SO ORDERED.

DATED: 6/5/09

G
United States District Court Judge
Eastern District of California

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME