BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTHONY VASSALLO,<br><br>  Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>Date: July 6, 2009<br>Time: 2:00 p.m.<br>Ctrm: 25 |
|---|---|

   Anthony Vassallo, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Robin Taylor, hereby stipulate that the conditions of Mr. Vassallo's pretrial release shall be modified as follows: (1) the requirement that Mr. Vassallo be subjected to the third-party custodianship of his sister, Ali Watford, shall be terminated; and (2) Mr. Vassallo shall be permitted to reside with his brother, Andrew Vassallo, rather than with Ali Watford. All other terms and conditions of Mr. Vassallo's pretrial release shall remain in effect.

1  Anthony Vassallo is divorced.  However, he is permitted
2 regular overnight visitation with his two young daughters.
3 Pursuant to his pretrial release condition he now resides with
4 his sister, Ali Watford, who serves as his third party
5 custodian.  The Watford house, however, is too small to permit
6 Mr. Vassallo's daughters to stay overnight with him during their
7 periods of visitation.  Therefore, to accommodate Mr. Vassallo's
8 visitation with his daughters the parties have agreed that the
9 third party custodianship requirement be terminated and that Mr.
10 Vassallo be permitted to reside with his brother rather than
11 with Ms. Watford.
12  United States Pretrial Services Officer Renee Basurto has
13 been informed of the need to modify the conditions of Mr.
14 Vassallo's pretrial release, and she has no objection to the
15 agreed upon modifications as he has been compliant with the
16 conditions of his pretrial release.
17
18 IT IS SO STIPULATED.
19
20 DATED: June 6, 2009        By:  _//s// Clyde M. Blackmon for___
                                    Assistant United States
21                                  Attorney Robin Taylor
22
23 DATED: June 6, 2009        By:  //s// Clyde M. Blackmon ___
                                    Clyde M. Blackmon
24                                  Attorney for Defendant
                                    Anthony Vassallo
25 ///
26 ///
27 ///
28 ///

STIPULATION AND ORDER MODIFYING CONDITIONS PRETRIAL RELEASE

1    I have no objection to the modification of Anthony
2 Vassallo's conditions of pretrial release as set forth in the
3 parties' Stipulation.

5 DATED: June 6, 2009        By:  _//s// Clyde M. Blackmon for___
                                   Renee Basurto
6                                  United States Pretrial
7                                   Services Officer

**ORDER**

   GOOD CAUSE APPEARING, IT IS ORDERED THAT:  The terms of
pretrial release be modified such that the third-party custodian
requirement is terminated and that Mr. Vassallo be permitted to
reside with his brother, Andrew Vassallo.  All other terms and
conditions shall remain in effect.

IT IS SO ORDERED:

DATED:  July 6, 2009           _____
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER MODIFYING CONDITIONS PRETRIAL RELEASE