```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY VASSALLO,<br><br>　　　　Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: July 17, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

　　IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on July 17, 2009, be continued to September 11, 2009, at 9:00 a.m.

　　Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C.

1  §1343 and four counts of money laundering in violation of 18
2  U.S.C. §1957.
3       On May 27, 2009, defense counsel for Mr. Vassallo received
4  discovery from the prosecution consisting of over 9,800 pages of
5  documents, interview reports and other related materials.  A
6  review of those documents is underway and the defense requires
7  additional time to complete a full analysis of these materials
8  and to determine what, if any, defense investigation efforts
9  should be commenced.  Additional time is also needed to fully
10 consider all factual and legal aspects of the case and to
11 communicate further with the defendant concerning possible
12 strategies and outcomes.
13      Due to these circumstances and the need for additional time
14 for defense counsel to conduct a thorough review of the
15 discovery and to conduct further preparation, the parties
16 stipulate that the July 17, 2009 status conference be continued
17 to 9:00 a.m. on September 11, 2009. The parties further agree
18 and stipulate that the public interest in a speedy trial is
19 outweighed by the interests of justice, given defense counsel's
20 need for further preparation.  Therefore, the parties stipulate
21 that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [Local Code T4]
22 that time shall be excluded from July 17, 2009, to September 11,
23 2009, to give defense counsel additional time in which to
24 prepare.  In addition, the parties stipulate that the
25 allegations underlying this matter concern a complex set of
26 facts involving numerous individuals and multiple entities.  For
27 that reason, the parties stipulate that pursuant to 18 U.S. C.
28

1  §3161(h)(7)(B)(ii) [Local Code T2], time should be excluded from
2  July 17, 2009, to September 11, 2009, due to the complex nature
3  of the case.
4  IT IS SO STIPULATED.

6  DATED: July 15, 2009          By: //s// Clyde M. Blackmon for
                                     Assistant United States
7                                    Attorney Robin Taylor

8  DATED: July 15, 2009          By: //s// Clyde M. Blackmon
                                     Clyde M. Blackmon
9                                    Attorney for Defendant
10                                   Anthony Vassallo

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for July 17, 2009, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on September 11, 2009, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation.  Therefore, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) and (iv) [Local Code T2 and T4], from July 17, 2009 until the next appearance on September 11, 2009.

IT IS SO ORDERED.

DATED: July 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge