IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-179-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>RELATED CASE ORDER</u> |
| v. | ) | |
| | ) | |
| ANTHONY VASSALLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CR. NO. S-09-459-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH KENITZER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 83-123(a), since the United States represents they stem "from the same set of facts." Accordingly, the assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

     IT IS THEREFORE ORDERED that action CR. NO. S-09-459-JAM is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings. Further, the caption on documents filed in the

1

1  reassigned case shall show the case number as CR. NO. S-09-459-GEB.
2          This reassignment is in accordance with the regular
3  practice of this court authorizing the judge to whom the first
4  filed action was assigned to reassign the later filed action.
5           The Clerk of Court shall make an appropriate adjustment
6  in the assignment of criminal cases to compensate for this
7  reassignment.
8          IT IS SO ORDERED.
9  Dated:  November 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge