BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     vs.<br><br>ANTHONY VASSALLO,<br><br>        Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: December 18, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

     IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on December 18, 2009, be continued to February 12, 2010, at 9:00 a.m.

     Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C.

1  §1343 and four counts of money laundering in violation of 18
2  U.S.C. §1957.
3       Counsel for Mr. Vassallo has received nearly 10,000 pages of
4  discovery including multiple interview reports and other related
5  documents.  A full review and analysis of those documents is in
6  progress and the defense requires additional time to complete
7  the review and to determine what additional defense
8  investigative efforts are necessary.  Additional time is also
9  needed to fully consider all factual and legal aspects of the
10 case and to communicate further with the defendant concerning
11 possible strategies and outcomes.
12      Due to these circumstances and the need for additional time
13 for defense counsel to conduct further preparation, the parties
14 stipulate that the December 18, 2009 status conference be
15 continued to 9:00 a.m. on February 12, 2010. The parties further
16 agree and stipulate that the public interest in a speedy trial
17 is outweighed by the interests of justice, given defense
18 counsel's need for further preparation.
19      Therefore, the parties stipulate that pursuant to 18 U.S.C.
20 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
21 from December 18, 2009, to February 12, 2010, to give defense
22 counsel additional time to prepare.  Further, the parties
23 stipulate that the allegations underlying this matter concern a
24 complex set of facts involving numerous individuals and multiple
25 entities.  For that reason, the parties stipulate that pursuant
26 to 18 U.S. C. §3161(h)(7)(B)(ii) [Local Code T2], time should be
27
28

1  excluded from December 18, 2009 to February 12, 2010, due to the
2  complex nature of this case.
3  IT IS SO STIPULATED.

DATED: December 16, 2009        By: //s// Emily E. Doringer for___
                                    Assistant United States
                                    Attorney Robin Taylor

DATED: December 16, 2009        By: //s// Emily E. Doringer for ___
                                    Clyde M. Blackmon
                                    Attorney for Defendant
                                    Anthony Vassallo

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for December 18, 2009, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on February 12, 2010, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and complex nature of the matter.  Therefore, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) and (iv) [Local Code T2 and T4], from December 18, 2009 until the next appearance on February 12, 2010.

IT IS SO ORDERED.

DATED: 12/17/09

GARLAND E. BURRELL, JR.
United States District Judge