BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY VASSALLO,<br><br>　　　　Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [~~PROPOSED~~] D.O<br>ORDER |

The United States of America, through its counsel Robin Taylor, and Anthony Vassallo, through his counsel Clyde M. Blackmon, hereby stipulate that the electronic ankle monitor Anthony Vassallo has been wearing as a condition of his pretrial release may be removed and that Mr. Vassallo may be permitted to travel to Las Vegas, Nevada on January 12, 2010, and return to Sacramento, California no later than 10:00 p.m. on January 15, 2010.

Mr. Vassallo is charged by way of an indictment filed on April 15, 2009, with mail fraud, wire fraud and money laundering. He has been on pretrial release since March of 2009

- 1 -
STIPULATION AND [PROPOSED] ORDER

1   on conditions that require him to be subjected to electronic
2   monitoring.
3       For approximately the past year Mr. Vassallo has had a
4   personal relationship with Kari Sonovich. Ms. Sonovich resides
5   in Las Vegas, Nevada and is pregnant with Mr. Vassallo's child.
6   Ms. Sonovich has experienced some complications with her
7   pregnancy, and her doctors have deemed it necessary to medically
8   induce the birth of the child. To permit Mr. Vassallo to be
9   present and attend to Ms. Sonovich during the delivery of the
10  baby the parties have stipulated that the electronic monitor may
11  be removed from his ankle and that he be permitted to travel to
12  and from Las Vegas from January 12 to January 15, 2010.
13      The parties have consulted with U.S. Pretrial Services
14  Officer Steven J. Sheehan, who supervises Mr. Vassallo on
15  pretrial release, and Mr. Sheehan has no objection to the
16  removal of the ankle monitor or to Mr. Vassallo's travel to Las
17  Vegas as stipulated.

19  IT IS SO STIPULATED.

21  DATED: January 12, 2010   By:   //s// Clyde M. Blackmon for
                                    Assistant United States
22                                  Attorney Robin Taylor

24  DATED: January 12, 2010   By:   //s// Clyde M. Blackmon
                                    Clyde M. Blackmon
25                                  Attorney for Defendant
                                    Anthony Vassallo

- 2 -
STIPULATION AND [PROPOSED] ORDER

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT: The electronic ankle monitor previously ordered to be worn by Anthony Vassallo may be removed and that he be permitted to travel to Las Vegas, Nevada on January 12, 2010, and return to Sacramento, California no later than 10:00 p.m. on January 15, 2010. All other conditions of Mr. Vassallo's pretrial release shall remain in effect.

IT IS SO ORDERED:

DATED: 1/12/10

DALE A. DROZD
United States Magistrate Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER