```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  Hall of Justice
   813 Sixth Street, Suite 450
4  Sacramento, CA  95814
   Telephone: (916) 441-0824
5
   Attorneys for Defendant,
6  ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY VASSALLO,<br><br>        Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE HEARING AND<br>EXCLUDING TIME<br><br>Date: February 12, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on February 12, 2010, be continued to March 5, 2010, at 9:00 a.m.

Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C.

1  §1343 and four counts of money laundering in violation of 18
2  U.S.C. §1957.
3       This case involves multiple financial and business
4  transactions, conducted between multiple entities over a
5  substantial period of time. Counsel for Mr. Vassallo continues
6  in reviewing nearly 10,000 pages of discovery.  A full review
7  and analysis of those documents is needed to determine what
8  additional defense investigative efforts are necessary.
9  Additional time is also needed to fully consider all factual and
10 legal aspects of the case and to communicate further with the
11 defendant concerning possible strategies and outcomes.
12      Further, the parties agree that additional communication and
13 consultation between the attorneys for Mr. Vassallo and the
14 government is desirable and necessary in order for the parties
15 to determine how this case may possibly be resolved. All counsel
16 are currently engaged in efforts to arrange a mutually
17 convenient time and place for such additional communication and
18 consultation.
19      Due to these circumstances and the need for additional time
20 for defense counsel to conduct further preparation, the parties
21 stipulate that the February 12, 2010 status conference be
22 continued to 9:00 a.m. on March 5, 2010. The parties further
23 agree and stipulate that the public interest in a speedy trial
24 is outweighed by the interests of justice, given defense
25 counsel's need for further preparation.
26      Therefore, the parties stipulate that pursuant to 18 U.S.C.
27 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
28

1  from February 12, 2010, to March 5, 2010, to give defense
2  counsel additional time to prepare.  Further, the parties
3  stipulate that the allegations underlying this matter concern a
4  complex set of facts involving numerous individuals and multiple
5  entities.  For that reason, the parties stipulate that pursuant
6  to 18 U.S. C. §3161(h)(7)(B)(ii) [Local Code T2], time should be
7  excluded from February 12, 2010 to March 5, 2010, due to the
8  complex nature of this case.
9  IT IS SO STIPULATED.

DATED: February 10, 2010         By: //s// Emily E. Doringer for___
                                      Assistant United States
                                      Attorney Robin Taylor

DATED: February 10, 2010         By: //s// Emily E. Doringer for ___
                                      Clyde M. Blackmon
                                      Attorney for Defendant
                                      Anthony Vassallo

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for February 12, 2010, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on March 5, 2010, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and complex nature of the matter.  Therefore, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) and (iv) [Local Code T2 and T4], from February 10, 2010 until the next appearance on March 5, 2010. IT IS SO ORDERED.

DATED: 2/11/10

GARLAND E. BURRELL, JR.
United States District Judge