BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANTHONY VASSALLO,<br><br>         Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: March 5, 2009<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

    IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on March 5, 2010, be continued to April 23, 2010, at 9:00 a.m.

    Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C. §1343 and four counts of money laundering in violation of 18 U.S.C. §1957.

1    This case involves multiple financial and business
2 transactions, conducted between multiple entities over a
3 substantial period of time. Counsel for Mr. Vassallo continues
4 in reviewing nearly 10,000 pages of discovery.  A full review
5 and analysis of those documents is needed to determine what
6 additional defense investigative efforts are necessary.
7 Additional time is also needed to fully consider all factual and
8 legal aspects of the case and to communicate further with the
9 defendant concerning possible strategies and outcomes.
10   Further, the parties agree that additional communication and
11 consultation between the attorneys for Mr. Vassallo and the
12 government is desirable and necessary in order for the parties
13 to determine how this case may possibly be resolved.  The
14 parties have met once to discuss the possibility of settlement
15 and further meetings are anticipated before the matter will next
16 appear on the Court's calendar.
17   Due to these circumstances and the need for additional time
18 for defense counsel to conduct further preparation, the parties
19 stipulate that the March 5, 2010 status conference be continued
20 to 9:00 a.m. on April 23, 2010.  The parties further agree and
21 stipulate that the public interest in a speedy trial is
22 outweighed by the interests of justice, given defense counsel's
23 need for further preparation.
24   Therefore, the parties stipulate that pursuant to 18 U.S.C.
25 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
26 from March 5, 2010, to April 23, 2010, to give defense counsel
27 additional time to prepare.  Further, the parties stipulate that
28

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME

1 the allegations underlying this matter concern a complex set of
2 facts involving numerous individuals and multiple entities.  For
3 that reason, the parties stipulate that pursuant to 18 U.S.C.
4 §3161(h)(7)(B)(ii) [Local Code T2], time should be excluded from
5 March 5, 2010 to April 23, 2010, due to the complex nature of
6 this case.
7 IT IS SO STIPULATED.

DATED: March 4, 2010         By://s// Clyde M. Blackmon for
                                 Assistant United States
                                 Attorney, Robin Taylor

DATED: March 4, 2010         By://s// Clyde M. Blackmon_____
                                 Clyde M. Blackmon
                                 Attorney for Defendant
                                 Anthony Vassallo

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for March 5, 2010, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on April 23, 2010, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and complex nature of the matter.  Therefore, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) and (iv) [Local Code T2 and T4], from March 5, 2010 until the next appearance on April 23, 2010.

IT IS SO ORDERED.

DATED: 3/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge