```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANTHONY VASSALLO,<br><br>           Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: April 23, 2010<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

    IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on April 23, 2010, be continued to May 28, 2010, at 9:00 a.m.

    Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C. §1343 and four counts of money laundering in violation of 18 U.S.C. §1957.

1  This case involves multiple financial and business
2 transactions, conducted between multiple entities over a
3 substantial period of time. Counsel for Mr. Vassallo continues
4 in reviewing nearly 10,000 pages of discovery.  A full review
5 and analysis of those documents is needed to determine what
6 additional defense investigative efforts are necessary.
7 Additional time is also needed to fully consider all factual and
8 legal aspects of the case and to communicate further with the
9 defendant concerning possible strategies and outcomes.
10  Further, the parties agree that additional communication and
11 consultation between the attorneys for Mr. Vassallo and the
12 government is desirable and necessary in order for the parties
13 to determine how this case may possibly be resolved.  The
14 parties have met once to discuss the possibility of settlement
15 and further meetings are anticipated before the matter will next
16 appear on the Court's calendar.
17  Due to these circumstances and the need for additional time
18 for defense counsel to conduct further preparation, the parties
19 stipulate that the April 23, 2010 status conference be continued
20 to 9:00 a.m. on May 28, 2010.  The parties further agree and
21 stipulate that the public interest in a speedy trial is
22 outweighed by the interests of justice, given defense counsel's
23 need for further preparation.
24  Therefore, the parties stipulate that pursuant to 18 U.S.C.
25 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
26 from April 23, 2010, to May 28, 2010, to give defense counsel
27 additional time to prepare.  Further, the parties stipulate that
28

1 the allegations underlying this matter concern a complex set of
2 facts involving numerous individuals and multiple entities.  For
3 that reason, the parties stipulate that pursuant to 18 U.S.C.
4 §3161(h)(7)(B)(ii) [Local Code T2], time should be excluded from
5 April 23, 2010 to May 28, 2010, due to the complex nature of
6 this case.
7 IT IS SO STIPULATED.

DATED: April 22, 2010          By://s// Clyde M. Blackmon for
                                  Assistant United States
                                  Attorney, Robin Taylor

DATED: April 22, 2010          By://s// Clyde M. Blackmon_____
                                  Clyde M. Blackmon
                                  Attorney for Defendant
                                  Anthony Vassallo

1 **ORDER**

2 This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4 IT IS ORDERED THAT: the status conference hearing now set
5 for April 23, 2010, at 9:00 a.m. is vacated and the matter is
6 set for a status conference hearing on May 28, 2010, at 9:00
7 a.m.
8 Further, the Court finds that time is excluded based upon
9 the representation of the parties that the interests of justice
10 outweigh the public interest in a speedy trial, given the need
11 for further defense preparation and complex nature of the
12 matter.  Therefore, the Court finds that time is excluded, based
13 upon the representation of the parties, due to complexity and to
14 allow adequate defense preparation, and such time will be
15 excluded pursuant to the Speedy Trial Act, 18 U.S.C.
16 §3161(h)(7)(B)(ii) and (iv) [Local Code T2 and T4], from April
17 23, 2010 until the next appearance on May 28, 2010.
18 IT IS SO ORDERED.
19 5/6/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE HEARING AND EXCLUDING TIME