BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY VASSALLO,<br><br>    Defendant. | Case No.: 2:09-0179 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date: May 28, 2010<br>Time: 9:00 a.m.<br>Ctrm: 10 |
|---|---|

   IS HEREBY STIPULATED by Anthony Vassallo, through his counsel Blackmon & Associates, and by the United States of America, through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference now scheduled for 9:00 a.m. on May 28, 2010, be continued to June 11, 2010, at 9:00 a.m.

   Anthony Vassallo is charged in an indictment filed on April 15, 2009, with one count of mail fraud in violation of 18 U.S.C §1341, eleven counts of wire fraud in violation of 18 U.S.C. §1343 and four counts of money laundering in violation of 18 U.S.C. §1957.

1    This case involves multiple financial and business
2 transactions, conducted between multiple entities over a
3 substantial period of time.  Counsel for Mr. Vassallo continues
4 reviewing and analyzing discovery documents to determine what
5 additional defense investigative efforts are necessary.
6 Additional time is also needed to fully consider all factual and
7 legal aspects of the case and to communicate further with the
8 defendant concerning possible strategies and outcomes.
9    Further, the parties agree that additional communication and
10 consultation between the attorneys for Mr. Vassallo and the
11 government is desirable and necessary in order for the parties
12 to determine how this case may possibly be resolved.  Moreover,
13 counsel for the government has been involved in preparation and
14 trial of another matter and, therefore, has not been able to
15 devote time to this case.
16    Due to these circumstances the parties stipulate that the
17 May 28, 2010, status conference be continued to 9:00 a.m. on
18 June 11, 2010.  The parties further agree and stipulate that the
19 public interest in a speedy trial is outweighed by the interests
20 of justice, given defense counsel's need for further
21 preparation.
22    Therefore, the parties stipulate that pursuant to 18 U.S.C.
23 §3161(h)(7)(B)(iv) [Local Code T4] that time shall be excluded
24 from May 28, 2010, to June 11, 2010, to give defense counsel
25 additional time to prepare.  Further, the parties stipulate that
26 the allegations underlying this matter concern a complex set of
27 facts involving numerous individuals and multiple entities.  For
28

1 that reason, the parties stipulate that pursuant to 18 U.S.C.
2 §3161(h)(7)(B)(ii) [Local Code T2], time should be excluded from
3 May 28, 2010 to June 11, 2010, due to the complex nature of this
4 case.
5 IT IS SO STIPULATED.

DATED: May 26, 2010              By: //s// Clyde M. Blackmon for
                                     Assistant United States
                                     Attorney, Robin Taylor

DATED: May 26, 2010              By: //s// Clyde M. Blackmon
                                     Clyde M. Blackmon
                                     Attorney for Defendant
                                     Anthony Vassallo

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for May 28, 2010, at 9:00 a.m. is vacated and the matter is set for a status conference hearing on June 11, 2010, at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and complex nature of the matter.  Therefore, the Court finds that time is excluded, based upon the representation of the parties, due to complexity and to allow adequate defense preparation, and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) and (iv) [Local Code T2 and T4], from May 28, 2010 until the next appearance on June 11, 2010.

IT IS SO ORDERED.

DATED: 5/26/10

GARLAND E. BURRELL, JR.
United States District Judge