1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   Case No. 09-179 GEB/KJM
                                )
11              Plaintiff,      )   STIPULATION RE DEFENDANT'S
                                )   CONDITIONS OF RELEASE; ORDER
12      v.                      )
                                )
13 ANTHONY VASSALLO,            )
                                )   Date: September 8, 2010
14                              )   Time: 11:00 a.m.
                                )   Hon. Kimberly J. Mueller
15              Defendant.      )
   _____)
16

17      The defendant Anthony Vassallo represented by Bruce Locke,
18 Esq., and the United States, represented by Robin Taylor, appeared
19 in court on August 26, 2010, for a hearing on defendant's motion to
20 modify his conditions of release.  The Court, after hearing argument
21 from each side and considering the pretrial services report, ordered
22 that the government file its brief on September 2, 2010 and the
23 defense file its brief on September 7, 2010.  A hearing was set for
24 September 8, 2010.

25      Having met and conferred on the issue of bail, and having
26 considered the position of the pretrial services officer, the
27 parties hereby stipulate and agree, and move the Court to modify the
28 defendant's bail conditions, as follows:

                                1

1. Defendant shall reside at a location approved by Pre-Trial Services in the Sacramento-area. The defendant shall not reside in Las Vegas or any other location.

2. The defendant shall actively seek employment as directed and/or approved by the pretrial services officer.

3. The defendant may travel to Las Vegas to see his minor child with the prior approval of the pretrial services officer. Travel to Las Vegas shall not exceed seven days per month. He shall also be permitted to travel to the San Francisco Bay-area to visit his minor children, with the prior approval of the pretrial services officer. Should the pretrial services officer determine that based on the limited travel to Las Vegas, supervision is needed by a pretrial services officer there, then defendant shall not oppose this condition.

4. The defendant's ankle monitor shall be removed provided he comply with all conditions of release.

5. Defendant shall remain on curfew for 90-days. The curfew imposed is 9 p.m., on weekdays and 11 p.m., on weekends. The defendant shall call in to pretrial services from a land-line at 9:00 p.m., on weekdays and 11:00 p.m., on weekends. If the defendant is compliant, and the pretrial officer concurs that a curfew is no longer necessary, then the curfew shall be lifted on November 1, 2010.

6. All remaining conditions of release, including the posting of real property as security, shall remain in effect.

7. The defendant and his counsel agree that, with the exception of making a motion to allow one of the people who has pledged her house to secure the defendant's bond to refinance her

1 | property, the defendant shall not move to modify these conditions
2 | for a period of at least one year.  The defendant may move the court
3 | only in the event of a legitimate family emergency verified by the
4 | pretrial services officer.  Prior to moving for any such
5 | modification, the defendant must: (1) file a written motion with the
6 | court including an affidavit setting forth the bases for the
7 | request; and (2) provide written notice to the government.  The
8 | government may oppose any request.

9.  8.   A copy of this stipulation has been provided to the
10 | pretrial services officer who concurs with this recommendation.

DATED: September 1, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

                                By: /s/ Robin Taylor
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney

DATED: September 1, 2010        By: /s/ Bruce Locke
                                    Bruce Locke, Esq.
                                    Attorney for Defendant


IT IS SO ORDERED.

DATEd:  September 3, 2010.


_____
U.S. MAGISTRATE JUDGE