L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR. S-09-179 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM OCTOBER 15, 2010 TO JANUARY 7, 2011 AT 9:00 A.M. |
| v. ) | |
| ANTHONY VASSALLO, ) | |
| Defendant. ) | |

   IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robin Taylor, that the status conference presently set for October 15, 2010 at 9:00 a.m., should be continued to January 7, 2011 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from October 15, 2010 through January 7, 2011.

   The reason for the continuance is that the parties are exchanging additional discovery and it is necessary that each party have the time to review the discovery to prepare for trial. Accordingly, the time between October 15, 2010 and January 7, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Taylor has authorized Mr. Locke to sign this pleading for her.

1

DATED: October 13, 2010            /S/ Bruce Locke
BRUCE LOCKE
Attorney for Anthony Vassallo

DATED: October 13, 2010            /S/ Bruce Locke
For ROBIN TAYLOR
Attorney for the United States

IT IS SO ORDERED.

Dated: October 14, 2010

GARLAND E. BURRELL, JR.
United States District Judge