L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY VASSALLO,<br><br>　　　　　Defendant. | No.   CR. S-09-179 GEB<br><br>STIPULATION AND PROPOSED ORDER FOR AN ORDER RELEASING A PROPERTY PLEDGED TO SECURE THE BOND SO THAT THE OWNER CAN REFINANCE AND THEN REPLEDGE THE PROPERTY |

　　　　IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robin Taylor, that the deed of trust signed by Sheila Watford should be released so that Ms. Watford can refinance her home and then repledge the property to secure Mr. Vassallo's bond.

　　　　Due to the low interest rates that are currently being charged for mortgages, Ms. Watford can refinance her property and save herself over $500 per month in interest costs.  Ms. Watford has supplied the government with a letter where she promises to repledge the property as soon as she obtains the new loan in consideration for the government's agreement to stipulate to the release of her property by the Clerk of Court.  Ms. Watford further agrees to repledge her property within 72 hours of obtaining the refinancing or within 60 days from the date that she receives the release of the deed of trust from the Clerk of Court.

　　　　Mr. Vassallo stipulates and agrees that he will not use the period of time that the property is not pledged to argue to the Court that his bond, or the security for his bond, should be reduced.

The Pre-Trial Services officer for Mr. Vassallo's case has agreed to this course of action.

Accordingly, it is stipulated and agreed that the Clerk of the District Court be directed to reconvey back to Sheila Watford the deed of trust received by the Clerk. Ms. Taylor has authorized Bruce Locke to signify her signature on this pleading.

Dated: October 22, 2010                 Respectfully submitted,

                                                               /S/ Bruce Locke
                                                              BRUCE LOCKE
                                                              Attorney for Anthony Vassallo

DATED: October 22, 2010                    /S/ Bruce Locke
                                                               For ROBIN TAYLOR
                                                               Attorney for the United States

IT IS HEREBY ORDERED that the Clerk of Court is ordered to sign a Release of the Deed of Trust that was filed by Sheila Watford to secure Mr. Vassallo's bond in this case. The Clerk should mail the release of the deed of trust to Bruce Locke, counsel for the defendant who will be responsible for filing the release.

Dated: October 25, 2010

                                                   GARLAND E. BURRELL, JR.
                                                 United States District Judge