```
BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-179 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO CONTINUE THE |
| v. | ) | STATUS CONFERENCE FROM |
| | ) | MARCH 4, 2011 TO APRIL 29, 2011 |
| ANTHONY VASSALLO, | ) | AT 9:00 A.M. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference scheduled for March 4, 2011 should be continued to April 29, 2011 at 9:00 a.m..

The reason for the continuance is that the case is quite complex and there is substantial discovery that must be reviewed.  Defense counsel has a meeting scheduled with the Prosecutor to review additional documents in the possession of the government that have not yet been provided to the defense. Accordingly, the time between March 4, 2011 and April 29, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

/ / / /

1

Dated: March 1, 2011                    Respectfully submitted,

                                                /S/ Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for Anthony Vassallo

DATED: March 1, 2011                      /S/ Bruce Locke
                                          For JEAN HOBLER
                                          Attorney for the United States

    IT IS SO ORDERED.

Dated:  March 1, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge