1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   ANTHONY VASSALLO
5

6                  IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )    No.  CR. S-09-179 GEB
                                    )
9          Plaintiff,                )
                                    )    STIPULATION AND PROPOSED
10                                  )    ORDER TO CONTINUE THE
       v.                           )    STATUS CONFERENCE FROM
11                                  )    APRIL 29, 2011 TO JUNE 24, 2011
   ANTHONY VASSALLO,                )    AT 9:00 A.M.
12                                  )
          Defendant.                )
13 _____)

14     IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo,

15 by and through his defense counsel, Bruce Locke, and the United States of America by and through

16 its counsel, Assistant U.S. Attorney Lee Bickley, that the status conference scheduled for April 29,

17 2011 should be continued to June 24, 2011 at 9:00 a.m..

18     The reason for the continuance is that the case is quite complex and there is substantial

19 discovery that must be reviewed.  Defense counsel needs to  review additional documents in the

20 possession of the government. Defense counsel is advised that a substantial number of documents

21 are in the possession of the SEC and the Receiver and that review of those documents will require

22 travel to San Francisco.  Accordingly, the time between April 29, 2011 and, June 24, 2011 should

23 be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section

24 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends

25 of justice served by granting this continuance outweigh the best interests of the public and the

26 defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Bickley has authorized Mr. Locke to sign

27 this pleading for her.

28

29                                    1

Dated: April 26, 2011				Respectfully submitted,

					   /S/ Bruce Locke
					BRUCE LOCKE
					Attorney for Anthony Vassallo

DATED: April 26, 2011				   /S/ Bruce Locke
					For LEE BICKLEY
					Attorney for the United States

    IT IS SO ORDERED.

Dated:  April 26, 2011

					_____
					GARLAND E. BURRELL, JR.
					United States District Judge