BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY VASSALLO )<br>)<br>)<br>Defendant. )<br>_____) | CASE NO. 2:09-cr-00179-GEB<br><br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from June 24, 2011 to September 2, 2011 at 9:00 a.m. They stipulate that the time between June 24, 2011 and September 2, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense has been in the process of reviewing additional discovery provided by the Government.  Since the last status conference, the defense

1

indicated a desire to review several banker's boxes of documents in the government's possession.  Defense counsel did so, marking documents for production, including CDs containing hundreds of additional documents.  The government has now produced those documents, and anticipates serving documents obtained from a third party in or about the week of June 24, 2011.  Defense counsel wishes additional time to review these voluminous productions.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: June 20, 2011        By:   /s/ Jean. M. Hobler
                                        JEAN M. HOBLER
                                        Assistant U.S. Attorney

DATE: June 20, 2011         /s/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Defendant

///
///
///
///
///
///
///
///

**ORDER**

IT IS SO ORDERED. The Court finds that based on the circumstances described in the stipulation of the parties that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**Dated: June 20, 2011**

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```