BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ANTHONY VASSALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-179 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM SEPTEMBER 2, 2011 TO OCTOBER 28, 2011 AT 9:00 A.M. |
| v. | ) | |
| ANTHONY VASSALLO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference scheduled for September 2, 2011 should be continued to October 28, 2011 at 9:00 a.m..

The reason for the continuance is that the case is quite complex and there is substantial discovery that must be reviewed.  Defense counsel needs to  review additional documents in the possession of the government. Defense counsel is advised that a substantial number of documents are in the possession of the SEC and the Receiver and that review of those documents will require travel to San Francisco.  Government counsel has advised that she will soon be providing the defense counsel with a proposed plea agreement. Accordingly, the time between September 2, 2011 and, October 28, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Ms. Hobler has authorized

1

Mr. Locke to sign this pleading for her.

Dated: August 31, 2011                Respectfully submitted,

                                              /S/ Bruce Locke
                                       BRUCE LOCKE
                                       Attorney for Anthony Vassallo

DATED: August 31, 2011                  /S/ Bruce Locke
                                       For JEAN HOBLER
                                       Attorney for the United States

     The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

     IT IS SO ORDERED.

Dated:  August 31, 2011

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge