```
BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
ANTHONY VASSALLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-09-179 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM JANUARY 20, 2012 TO FEBRUARY 3, 2012 AT 9:00 A.M. |
| v. | ) | |
| ANTHONY VASSALLO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Anthony Vassallo, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference originally scheduled for January 20, 2012 should be continued to February 3, 2012 at 9:00 a.m..

The reason for the continuance is that the Court was unavailable for the status conference originally scheduled for January 20, 2012 and, additionally, the parties are in the process of negotiating to resolve the case without a trial and the defense needs additional time to present additional information to the government and to consider the government's offer. Accordingly, the time between January 20, 2012 and February 3, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

1

Dated: January 20, 2012           Respectfully submitted,

                                                    /S/ Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Anthony Vassallo

DATED: January 20, 2012           /S/ Bruce Locke
                                            For JEAN HOBLER
                                            Attorney for the United States

      The Court finds, based upon the parties' stipulation, that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and

      IT IS SO ORDERED.

Dated:  January 20, 2012

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge