BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
LEE S. BICKLEY
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VASSALLO,<br><br>Defendant. | Case No.  2:09-CR-00179 GEB<br><br>**STIPULATION AND [PROPOSED]<br>AMENDED PROTECTIVE ORDER** |

   IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Jean M. Hobler, Assistant U.S. Attorney, representing plaintiff United States of America, and Mark Reichel, Esq., representing defendant Anthony Vassallo, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.

   The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, financial records, and email addresses.  This Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment.

   By signing this Stipulation and Protective Order, defense counsel agree not to share any documents that contain Protected Information with anyone other than defense counsel and their

designated defense investigators and support staff.  Defense counsel may permit the defendant to view the documents in the presence of his attorney, defense investigators, and support staff, so long as defense counsel, defense investigators, and support staff do not allow the defendant to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendant to retain unredacted copies of these records.  The parties intend that this Stipulation and Protective Order apply to all discovery in this matter, whenever produced, but understand that discovery may have already been handled inconsistently with this Stipulation and Protective Order given the passage of time between initial production and this Stipulation.  The parties agree that documents handled inconsistently with the Stipulation before execution of the Stipulation will not be a ground for contempt under this Stipulation and Protective Order.

Nothing in this Stipulation and Protective Order prevents defense counsel or the defendant from maintaining unredacted copies of records containing the defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agree also to be bound by this order.

IT IS SO STIPULATED.

Dated:  October 18, 2012                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:     /s/ Jean M. Hobler
                                            JEAN M. HOBLER
                                            Assistant U.S. Attorney

                                    By:     /s/ Mark Reichel
                                            MARK REICHEL
                                            Counsel for ANTHONY VASSALLO
                                            (Authorized on _10/18/2012)

**<u>ORDER</u>**

For good cause shown, the stipulation of counsel in criminal case no. 2:09-CR-00179 GEB concerning Protected Information is approved, and IT IS SO ORDERED.

DATED: October 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE