BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHONY VASSALLO,<br><br>            Defendant. | CASE NO.  2:09-CR-00179 GEB<br><br>**STIPULATION TO CONTINUE SENTENCING AND TO SET BRIEFING SCHEDULE FOR DEFENSE'S MOTION FOR WITHDRAWAL OF PLEA** |

## **BACKGROUND**

On February 1, 2013, defendant Anthony Vassallo pleaded guilty to a single count in this Ponzi case.  His sentencing is set for May 24, 2013.  On May 16, 2013, Vassallo filed a motion to withdraw his plea.  The Government believes his motion is without merit, but given the potential impact on this case, the Government wishes to resolve the motion to withdraw the plea before sentencing and therefore requests a continuance of the sentencing date to permit reasoned briefing and argument on the defense motion.  This request is based on two timing issues.

First, there are a number of victims who have stated their intention of addressing the Court at Vassallo's sentencing.  It would be unfair to leave the sentencing on for May 24, 2013, without certainty as to whether the sentencing will proceed as scheduled.  These victims have been more than inconvenienced by Vassallo in the past; they should not be subjected to appearing for a sentencing that may well not happen depending on the outcome of the defense motion.

Second, the defense motion comes just six court days before the scheduled sentencing. Both Government counsel on this matter are in the midst of significant and time-sensitive work on other cases, which would prevent any reasoned opposition to the defense motion being filed in time for consideration on May 24, 2013. While the Government strongly believes Vassallo's motion to withdraw his plea is without any legal or factual basis, both the victims and this Court deserve a well-reasoned and clear opposition, and the Government seeks additional time for that purpose. Government counsel has reviewed the issues with counsel for Vassallo, and the parties are in agreement on the need for a continuance and a motion schedule for the defense motion filed today.

## STIPULATION

The sentencing for Vassallo set for May 24, 2013, is continued, and a briefing and argument schedule for Vassallo's motion to withdraw his plea be set as follows:

|  |  |
|---|---|
| Government's Opposition to be filed: | June 5, 2013 |
| Defense Response to be filed: | June 11, 2013 |
| Motion hearing: | June 14, 2013 |
| New sentencing date: | June 21, 2013 |

Dated: May 16, 2013                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/   Jean M. Hobler
JEAN M. HOBLER
LEE S. BICKLEY

Dated: May 16, 2013                    /s/   Jean M. Hobler for Mark Reichel
MARK REICHEL
Counsel for Anthony Vassallo

## ORDER

Good cause appearing, the parties' stipulation is adopted and it is so ORDERED.

Dated: 5/20/13

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue Sentencing                    2