1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,              CASE NO.  2:09-CR-00179 GEB
12
              Plaintiff,                  **STIPULATION AND PROPOSED ORDER TO**
13                                        **CONTINUE RESTITUTION HEARING**
         v.
14
   ANTHONY VASSALLO,
15
              Defendant.
16

17       At the sentencing hearing in this matter, a further hearing on restitution was set for August 23,

18  2013.  Since that time, counsel for the Government has been working with the CPA retained for

19  restitution analysis, Steven Werth.  Mr. Werth advises that he has travel to Southern California planned

20  for that time and related to a family wedding and a family birthday.  He advises that he would be

21  available for a hearing set on Friday, September 6, 2013.   The Government believes having Mr. Werth

22  available to answer any questions is necessary in this instance given the complexity of the restitution

23  issues here.

24       The Government has consulted with the Probation Officer and counsel for Mr. Vassallo, and

25  each has agreed to continue the matter to the September 6, 2013, date.  That date is within the 90 days

26  contemplated by 18 U.S.C. § 3664(d)(5), and leaves approximately two weeks available during that

27  period for any necessary further proceedings.

28       Therefore, the parties stipulate and agree to moving the restitution hearing currently set for

   Stipulation to Continue Restitution Hearing          1

August 23, 2013, to September 6, 2013, and request the Court enter an order to that effect.

Dated: July 15, 2013                                    BENJAMIN B. WAGNER
                                                        United States Attorney

                                               By:      /s/   Jean M. Hobler
                                                        JEAN M. HOBLER
                                                        LEE S. BICKLEY

Dated: July 15, 2013                                    /s/   Jean M. Hobler for
                                                        MARK REICHEL
                                                        Counsel for Anthony Vassallo
                                                        (signature authorized July 15, 2013)

## ORDER

The Court adopts the stipulation of the parties and orders that the restitution hearing currently set for August 23, 2013, is continued to September 6, 2013, at 9:00 a.m.

**Date: 7/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue Restitution Hearing         2