1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                Case No.: 2:09-CR-000179-GEB

11                  Plaintiff,               **ORDER RE RESTITUTION**

12          v.

13  ANTHONY VASSALLO, III,

14                  Defendant.

15  _____

16

17          Pending before the Court is the Plaintiff and Defendant's stipulation proposing to treat some

18  monies recovered by the Securities and Exchange Commission (SEC) in its civil prosecution of

19  defendants Kenneth Kenitzer and Anthony Vassallo in the case denominated as *SEC v. Anthony

20  Vassallo, et al*, Case No. 2:09-cv-00665-JAM-KJN as a parallel recovery of the unpaid criminal

21  restitution orders entered against Vassallo in this case and Kenitzer in the case denominated as *United

22  States v. Kenitzer*, Case No. 2:09-cr-00459-GEB.

23          The Court, having reviewed the court files and the Parties' Stipulation re Restitution (the

24  Stipulation), and good cause appearing therefrom, herby APPROVES the Stipulation.  Accordingly, IT

25  IS ORDERED that the:

26          1.      Clerk of Court CREDIT defendant Vassallo's restitution order in this case in the amount

27  of $949,066.62 and as set forth in Appendix 3 of the Parties' Stipulation; and

28          2.      Judgment in this case is AMENDED such that any future monetary recoveries made in

the SEC's civil prosecution of defendant Vassallo in the case denominated as *SEC v. Anthony Vassallo, et al*, Case No. 2:09-cv-00665-JAM-KJN, shall be CREDITED to defendant Vassallo's restitution order in this case.

IT IS SO ORDERED.

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge