Kristian Watford, Esq.
CA Bar № 326298
433 F. Street
Lincoln, CA 95648
(916) 581-0236
kwatford@watfordlawoffice.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>     Plaintiff, <br><br> vs. <br><br> **ANTHONY VASSALLO**, <br><br>     Defendant | Case No.: 2:09-cr-00179-TLN <br><br> **ORDER EXONERATING BOND** |

    Mr. Vassallo respectfully asks this court to enter an order exonerating the bond ordered on March 27, 2009, in light of his surrender for service of sentence. On March 27, 2009, the court ordered Mr. Vassallo released on Bond. On April 23, 2009 (Dkt. No.22) collateral in the form of a deed of trust was received from Roy and Cynthia Harris for Mr. Vassallo's bond.

    Mr. Vassallo made all of his court appearances and was ordered by Honorable Garland Burrell to serve 192 months in the custody of the Federal Bureau of Prisons, followed by 36 months of Supervised Release. (Dkt. No.137). Mr. Vassallo surrendered on June 21, 2013, thereby beginning the service of his

ORDER EXONERATING BOND - 1

sentence in the Bureau of Prisons having been released July of 2021 to home confinement due to COVID-19.

Respectfully Submitted,

3rd day of August 2021.

*/s/ Kristian Watford, Esq*

Kristian Watford, Esq.
CA Bar No.: 326298

Law office of Kristian Watford, Esq.
433 F. Street
Lincoln, CA 95648
(916) 581-0236
kwatford@watfordlawoffice.com

## **ORDER**

Bond is hereby released, and title of property located at 5069 Midas Avenue, Rocklin, CA 95677 is hereby returned to Mr. and Ms. Harris.

Dated:  August 19, 2021

Troy L. Nunley
United States District Judge

ORDER EXONERATING BOND - 2